# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-01569-FMO (DFM) | Date | June 11, 2018 |
| Title | Bradley Carl Martin v. T. Lewandowski, et al. | | |

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

Plaintiff filed a complaint under 42 U.S.C. § 1983 in February 2018. See Dkt. 1. Plaintiff also filed a request to proceed without prepayment of filing fees, which the Court granted. See Dkt. 2, 6. Plaintiff also filed a one-page "Request for Order a Plea to the Courts for Assistance," stating that he was "mentally disabled" and had been denied access to the law library. See Dkt. 3. On April 11, 2018, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint within 35 days of the date of that order. See Dkt. 7.

Plaintiff did not file a First Amended Complaint by the deadline. Nor has Plaintiff sought any extension of time in which to do so. Plaintiff's failure to take any action with respect to his case evidences a failure to prosecute. Accordingly, on or before June 29, 2018, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. In his response, Plaintiff should also give the Court additional details to support his "Request for Order," explaining what mental disability he suffers from, how it affects his ability to pursue this case (especially given that he appears to have written a coherent although legally deficient complaint), what law library access he currently has, and what law library access he believes he needs.

**Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

| | : | |
|---|---|---|
| Initials of Clerk | nb | |