UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRADLEY CARL MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>T. LEWANDOWSKI et al.,<br><br>        Defendants. | No. CV 18-01569-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: September 17, 2018

                                                                                         _____/s/_____
                                                                                         FERNANDO M. OLGUIN
                                                                                         United States District Judge