JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRADLEY CARL MARTIN, | No. CV 18-01569-FMO (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| T. LEWANDOWSKI et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: September 17, 2018

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge